JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JENNIFER ARZATE, an individual, | Case No.: 2:23-cv-01736-DSF-AS |
| Plaintiff, | **ORDER RE DISMISSAL** |
| v. | |
| HOME DEPOT U.S.A., INC., a Delaware corporation; and DOES 1-30, inclusive, | |
| Defendants. | Hon. Judge:      Dale S. Fischer<br>Courtroom:      7D<br>Action Filed:   February 3, 2023<br>Trial Date:      TBD |

/////
////
////
////
////

# ORDER OF DISMISSAL

Pursuant to the stipulation of the parties under Federal Rule of Civil Procedure 41(a)(1)(ii), IT IS ORDERED THAT THIS ACTION BE, AND HEREBY IS, DISMISSED WITH PREJUDICE as to all claims, causes of action, and parties, with each party bearing that party's own attorney's fees and costs. The Clerk is directed to close the file.

Dated: August 18, 2023

_____
DALE S. FISCHER
UNITED STATES DISTRICT JUDGE